AMRANE COHEN
Chapter 13 Trustee
Orange City Square
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone: (714) 621-0200 Fax (714)(621-0277
efile@ch13ac.com

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

**FILED**
SEP 1 8 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY

**ENTERED**
SEP 2 2 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

| | |
|---|---|
| In Re: | ) Chapter 13 |
| DONALD MARK LEITERMAN | ) Case No. 8:08-bk-13551-ES |
| | ) |
| AKA | ) **ORDER CONFIRMING** |
| | ) **CHAPTER 13 PLAN** |
| Social Security No. **xxx-xx-6693**  Debtor | ) |
| Social Security No. **xxx-xx-0000**  Co-debtor | ) Hearing date:  September 17, 2008 |
| | ) Hearing time:  1:30 PM |
| | ) Courtroom     5A |
| | ) |

Debtor's Chapter 13 Plan or modified Plan, if any, was filed on 7/2/2008, and the Plan, or the final modified Plan if any, was served on the creditors pursuant to Bankruptcy Rule 3015, and the court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

1. The Debtor's plan is confirmed with the following provisions:
   The plan payment amount is **$482.00**. The due date is **24th** day of each month for **36** months. Interlineations contained in the Trustee's Report and Motion for Confirmation of Plan and Allowance of Fees, if any, are hereby approved and made a part of the Plan.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to post-petition defaults by the debtor.

3. Other provisions:

   (a)    _X_This is a base plan with the debtors paying at least **$17,352.00** of disposable income into the Plan. Debtor shall submit statements of income on a semi-annual basis to the Trustee, which income shall be reviewed by the Trustee who may petition the Court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the plan, are paid 100%.

   (b)    _X_ The Trustee is authorized to make payments to holders of secured claims based on the Debtor's plan.

   (c)    _X_ Debtor's attorney is awarded fees of **$4,000.00**; having received **$2,000.00**, counsel is entitled to **$2,000.00** from the Estate

Dated:  9/18/08

_____
The Hon. ERITHE A. SMITH
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

IN RE:

**DONALD MARK LEITERMAN**

Debtor(s).

Case No.: **8:08-bk-13551-ES**

**Hearing Date: September 17, 2008**

## NOTICE OF ENTRY OF ORDER AND CERTIFICATE OF MAILING

Notice is hereby given that, pursuant to Local Bankruptcy Rules, the foregoing Order on

*ORDER CONFIRMING CHAPTER 13 PLAN* was entered on (specify date):

**SEP 2 2 2008**

I hereby certify that I mailed, or deposited in the appropriate receptacle maintained in the

Clerk's Office for pick-up, a copy of this notice, and a true copy of said document to the persons

and entities on the attached service list on (specify date): **SEP 2 2 2008**

Dated: **SEP 2 2 2008**

For The Court

**JON D. CERETTO**
*Clerk of Court*

By _R. Reid_
Deputy Clerk

SERVICE LIST

AMRANE COHEN, CHAPTER 13 TRUSTEE
ORANGE CITY SQUARE
770 THE CITY DR. SOUTH, #3300
ORANGE, CA 92868

DONALD MARK LEITERMAN
16162 SHER LANE, #57
HUNTINGTON BEACH, CA 92647

GREGORY J DOAN
25401 CABOT RD
STE 119
LAGUNA HILLS, CA 92653