| | |
|---|---|
| Amrane Cohen<br>770 The City Drive South<br>Suite 3300<br>Orange, CA 92868<br><br><br>*Chapter 13 Trustee* | FOR COURT USE ONLY |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL  DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER: 8:08-bk-13551-ES |
| *In Re:*<br><br>DONALD MARK LEITERMAN<br><br>*Debtor(s)* | (No Hearing Required) |

### TRUSTEE'S COMMENTS ON OR OBJECTION TO:

■  DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS
☐  DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT
☐  DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY
☐  DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY
☐  OTHER:

The undersigned Chapter 13 Trustee, having reviewed Debtor's Motion filed on  __**11/6/09**__  as docket entry number  __**29**__,
recommends:

■  APPROVAL Payments are suspended for 4 months and the plan length is increased by 5 months to 41 months.  The Debtor and Debtor attorney are put on notice again that the claim filed by Triad Financial (listed as RoadLoan in the plan) has been filed for substantially more than provided for in the plan.  Under the terms of the plan, the claim by the secured creditor controls as to amount unless objected to.  Unless the Debtor is successful in objecting to the filed claim the plan is not feasible. Attorney is to file declaration re: non-receipt of objection to motion to modify  and – if appropriate- file an order reflecting this recommendation.

☐  APPROVAL on the following conditions:

☐  DISAPPROVAL for the following reasons:

☐  Set for hearing


Dated: 1/3/10            /S/_____
                                         Amrane Cohen, Chapter 13 Trustee

| In re: | CHAPTER 13 |
|---|---|
| DONALD MARK LEITERMAN | |
| Debtor(s). | CASE NUMBER  8:08-bk-13551-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

770 The City Drive South, Suite 3300, Orange, CA 92868

A true and correct copy of the foregoing document described TRUSTEE'S COMMENTS ON OR OBJECTION TO DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 1/4/2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Amrane Cohen     efile@ch13ac.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**

On     1/4/2010     I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DONALD MARK LEITERMAN
16162 SHER LANE, #57
HUNTINGTON BEACH, CA 92647

GREGORY J DOAN
25401 CABOT RD
STE 119
LAGUNA HILLS, CA 92653

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Hon. ERITHE A. SMITH

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/4/2010   Adriana Pathe | | /S/ |
|---|---|---|
| Date | Type Name | Signature |