| Attorney or Party Name, Address, Telephone and FAX Number, and California State Bar No.<br><br>**Gregory J. Doan**<br>**25401 Cabot Road, Suite 119**<br>**Laguna Hills, CA 92653**<br>**(949) 472-0593 Fax: (949) 472-5441**<br>California State Bar Number: **165174**<br><br>☒ Attorney for Debtor<br>☐ Pro Se Debtor<br>☐ Chapter 13 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>JAN 05 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY kent        DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER **13**<br>CASE NUMBER **8:08-bk-13551** |
| In re<br>**Donald Mark Leiterman**<br><br>Debtor(s). | (No Hearing Required) |

**ORDER ON:**

☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **OTHER:** _____

Based on Debtor's Motion filed on __**11/06/2009**__ as docket entry number __**29**__ and the recommendation of the Chapter 13 Trustee, it is ORDERED that Debtor's Motion is:

☐ GRANTED            ☐ DENIED

☐ GRANTED on the terms set forth in the Chapter 13 Trustee's comments on or objection to Debtor's Motion

☐ GRANTED on the following conditions:

_____
_____
_____

*(This Order is continued on the next page.)*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                         F 3015-1.14

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Order on Chapter 13 Debtor's Motion - Page 2

F 3015-1.14

| In re: | | CHAPTER 13 |
|---|---|---|
| **Donald Mark Leiterman** | | |
| | Debtor(s). | CASE NUMBER **8:08-bk-13551** |

☐ Set for Hearing on _____ at _____.

###

DATED: January 5, 2010

_Eithe A. Smith_
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                     **F 3015-1.14**

In re:

**Donald Mark Leiterman**

Debtor(s).

CHAPTER 13

CASE NUMBER **8:08-bk-13551**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**635 CAMINO DE LOS MARES, SUITE 100, SAN CLEMENTE, CA 92673**

A true and correct copy of the foregoing document described as  **ORDER ON DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On   **12/09/2009**    I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

**Amrane Cohen**          efile@ch13ac.com
Gregory J Doan          ecf@doanlaw.com
United States Trustee (SA)          ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On   **12/09/2009**    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **December 9, 2009** | **GAVIN AYLWARD** | */s/* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                            **F 3015-1.14**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

| In re: | CHAPTER 13 |
|---|---|
| **Donald Mark Leiterman** | |
| Debtor(s). | CASE NUMBER **8:08-bk-13551** |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Dell Financial Services, LLC
c/o Resurgent Capital Services?
P.O. Box 10390
Greenville, SC 29603-0390

Credit First
Po Box 818011
Cleveland, OH 44181

State Farm Bank
c o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Plains Commerce Bank
P O Box 90340
Sioux Falls, SD 57109

Premier BankCard/Charter
P O Box 2208
Vacaville, CA 95696

T-Mobile USA Inc
POB 53410
Bellevue, WA 98015

Durdy Looks
c/o Creditors Bankruptcy Service
POB 740933
Dallas TX 75374

Grandpointe
c/o Creditors Bankruptcy Service
POB 740933
Dallas TX 75374

Country Door
c/o Creditors Bankruptcy Service
POB 740933
Dallas TX 75374

eCAST Settlement Corporation assignee of
GE Money Bank Sams Club
POB 35480
Newark NJ 07193-5480

The Swiss Colony
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas, Tx 75374

Ginny's
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas, TX 75374

Great Lakes Cr Un
2525 Green Bay Rd
North Chicago, IL 60064

Seventh Avenue
c/o Creditors Bankruptcy Service
POB 740933
Dallas, TX 75374

Midnight Velvet
c/o Creditors Bankruptcy Service
POB 740933
Dallas, TX 75374

Ultramar Diamond Shamrock
c/o Creditors Bankruptcy Service
POB 740933
Dallas, TX 75374

Capital One Auto Finance
PO Box 201347
Arlington, TX 76006

Triad Financial Corporation
5201 Rufe Snow Dr.Ste 400
North Richland Hills, TX 76180

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.14**

Case 8:08-bk-13551-ES    Doc 32    Filed 01/05/10    Entered 01/05/10 14:36:21    Desc
Main Document    Page 5 of 9
Order on Chapter 13 Debtor's Motion - Page 2

F 3015-1.14

| In re: | | CHAPTER 13 |
|---|---|---|
| **Donald Mark Leiterman** | | |
| | Debtor(s). | CASE NUMBER **8:08-bk-13551** |

**ROUNDUP FUNDING, L.L.C.**
**MS 550**
**PO Box 91121**
**SEATTLE, WA 98111-9221**

**Portfolio Recovery Associates LLC.**
**Po Box 41067**
**Norfolk, VA 23541**

**eCAST Settlement Corporation assignee of**
**Capital One Bank**
**POB 35480**
**Newark NJ 07193-5480**

**Fingerhut Direct Marketing, Inc CIT Bank**
**6250 Ridgewood Rd**
**Saint Cloud, MN 56303**

**Jefferson Capital Systems LLC**
**PO Box 7999**
**St Cloud MN 56302-9617**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 3015-1.14

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy.

Case 8:08-bk-13551-ES    Doc 32    Filed 01/05/10    Entered 01/05/10 14:36:21    Desc
Main Document    Page 6 of 9
Order on Chapter 13 Debtor's Motion - Page 2

F 3015-1.14

In re:

**Donald Mark Leiterman**

CHAPTER 13

Debtor(s).

CASE NUMBER **8:08-bk-13551**

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify)* **ORDER ON DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**                              was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **12/09/2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| | |
|---|---|
| **Amrane Cohen** | efile@ch13ac.com |
| Gregory J Doan | ecf@doanlaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                       **F 3015-1.14**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Case 8:08-bk-13551-ES    Doc 32    Filed 01/05/10    Entered 01/05/10 14:36:21    Desc
Main Document    Page 7 of 9
Order on Chapter 13 Debtor's Motion - Page 2

F 3015-1.14

| In re: | CHAPTER 13 |
|---|---|
| **Donald Mark Leiterman** | |
| Debtor(s). | CASE NUMBER **8:08-bk-13551** |

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.14**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy.

Order on Chapter 13 Debtor's Motion - Page 2

F 3015-1.14

| In re: | CHAPTER 13 |
|---|---|
| **Donald Mark Leiterman** | |
| Debtor(s). | CASE NUMBER **8:08-bk-13551** |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**Dell Financial Services, LLC**
**c/o Resurgent Capital Services?**
**P.O. Box 10390**
**Greenville, SC 29603-0390**

**Credit First**
**Po Box 818011**
**Cleveland, OH 44181**

**State Farm Bank**
**c o Becket and Lee LLP**
**POB 3001**
**Malvern PA 19355-0701**

**Plains Commerce Bank**
**P O Box 90340**
**Sioux Falls, SD 57109**

**Premier BankCard/Charter**
**P O Box 2208**
**Vacaville, CA 95696**

**T-Mobile USA Inc**
**POB 53410**
**Bellevue, WA 98015**

**Durdy Looks**
**c/o Creditors Bankruptcy Service**
**POB 740933**
**Dallas TX 75374**

**Grandpointe**
**c/o Creditors Bankruptcy Service**
**POB 740933**
**Dallas TX 75374**

**Country Door**
**c/o Creditors Bankruptcy Service**
**POB 740933**
**Dallas TX 75374**

**eCAST Settlement Corporation assignee of**
**GE Money Bank Sams Club**
**POB 35480**
**Newark NJ 07193-5480**

**The Swiss Colony**
**c/o Creditors Bankruptcy Service**
**P O Box 740933**
**Dallas, Tx 75374**

**Ginny's**
**c/o Creditors Bankruptcy Service**
**P O Box 740933**
**Dallas, TX 75374**

**Great Lakes Cr Un**
**2525 Green Bay Rd**
**North Chicago, IL 60064**

**Seventh Avenue**
**c/o Creditors Bankruptcy Service**
**POB 740933**
**Dallas, TX 75374**

**Midnight Velvet**
**c/o Creditors Bankruptcy Service**
**POB 740933**
**Dallas, TX 75374**

**Ultramar Diamond Shamrock**
**c/o Creditors Bankruptcy Service**
**POB 740933**
**Dallas, TX 75374**

**Capital One Auto Finance**
**PO Box 201347**
**Arlington, TX 76006**

**Triad Financial Corporation**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  F 3015-1.14

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

| In re: | | CHAPTER 13 |
|---|---|---|
| **Donald Mark Leiterman** | | |
| | Debtor(s). | CASE NUMBER **8:08-bk-13551** |

**5201 Rufe Snow Dr.Ste 400**
**North Richland Hills, TX 76180**

**ROUNDUP FUNDING, L.L.C.**
**MS 550**
**PO Box 91121**
**SEATTLE, WA 98111-9221**

**Portfolio Recovery Associates LLC.**
**Po Box 41067**
**Norfolk, VA 23541**

**eCAST Settlement Corporation assignee of Capital One Bank**
**POB 35480**
**Newark NJ 07193-5480**

**Fingerhut Direct Marketing, Inc CIT Bank**
**6250 Ridgewood Rd**
**Saint Cloud, MN 56303**

**Jefferson Capital Systems LLC**
**PO Box 7999**
**St Cloud MN 56302-9617**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 3015-1.14

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy.